IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JAMES R. PLUNKETT                                                                                    PLAINTIFF

V.                                        3:17CV00044-JM-JTK

STEVE ROREX, et al.                                                                              DEFENDANTS

### ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections[1] received thereto, as well as a de novo review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's Complaint/Amended Complaint against Defendants is DISMISSED with prejudice, for failure to state a claim upon which relief may be granted.

2. Plaintiff's Motion for Discovery (ECF No. 7) is MOOT.

3. This dismissal constitutes as strike within the meaning of the PLRA.

4. The Court certifies that an in forma pauperis appeal from an Order and Judgment dismissing this action would not be in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

---

[1] Plaintiff has filed two pleadings (ECF Nos. 6 and 7) since the Proposed Findings and Recommendations were filed. The Court deems ECF No. 6 to be an objection because Plaintiff gives more information about the grievances which are the subject of his Complaint and Amended Complaint. ECF No. 7 is a motion for discovery which is moot.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 3rd day of May, 2017.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE