# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

JAMES R. PLUNKETT                                                                  PLAINTIFF

V.                         3:17CV00044-JM-JTK

STEVE ROREX, et al.                                                DEFENDANTS

## **JUDGMENT**

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to state a claim upon which relief may be granted. The relief sought is denied.

The Court certifies that an <u>in forma pauperis</u> appeal from this Judgment and accompanying Order would not be in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ADJUDGED this 3rd day of May, 2017.

                                                              JAMES M. MOODY, JR.
                                                              UNITED STATES DISTRICT JUDGE